UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
ADAM N. AHMED d/b/a ADAM'S DELI,                   :
                                        Plaintiff,   :
                                                     :
        -against-                                    :        26 Civ. 767 (LGS)
                                                     :
UNITED STATES OF AMERICA and UNITED   :        ORDER
STATES DEPARTMENT OF AGRICULTURE,   :
                                      Defendants.    :
                                                     :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for March 24, 2026,

at 3:00 p.m.

    WHEREAS, the parties' deadline to file a joint letter and proposed case management plan

was March 17, 2026.

    WHEREAS, the joint letter and proposed case management plan have not been filed to

date.  It is hereby

    **ORDERED** that the initial pretrial conference is **ADJOURNED** from March 24, 2026, at

3:00 p.m. to **March 31, 2026**, at **3:00 p.m.**  It is further

    **ORDERED** that the deadline for the parties' joint letter and proposed case management

plan is **ADJOURNED** from March 17, 2026, to **March 24, 2026**.

Dated: March 19, 2026
       New York, New York

                                            _____
                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE